UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

William Lewis

-against-                                              CV: 2:25-cv-05723

DNF Associates, LLC

--------------------------------------------------------X

# **NOTICE SCHEDULING ARBITRATION HEARING**

An Arbitration hearing is scheduled for **March 10, 2026.**

On or before **December 10, 2025,** counsel will select an Arbitrator from the Court's Panel of Arbitrators and schedule a pre-arbitration hearing conference with the Arbitrator. Pre-arbitration conferences are optional.

Counsel may elect to have an earlier arbitration hearing date provided the ADR Coordinator is notified within 30 days of the date of the hearing notice. Counsel requesting earlier dates must contact the ADR Coordinator and include this information on the Selection of Arbitrator Form.

Counsel will submit a Selection of Arbitrator Form available here: https://forms.office.com/g/Y3Mut0UX0h.

Dated: 11/12/2025

By:   Brennan Frazier
      ADR Coordinator
      U.S. District Court, EDNY
      225 Cadman Plaza East
      Brooklyn, NY 11201
      Email: Brennan_Frazier@nyed.uscourts.gov
      Tel: 718-613-2326