THE LAW FIRM OF



## PHILIPPS & PHILIPPS, LTD.

David J. Philipps
   davephilipps@aol.com
Mary E. Philipps
   mephilipps@aol.com
Angie K. Robertson
   angie@philippslegal.com

April 10, 2026

Magistrate Judge James M. Wicks
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *William Lewis v. DNF Associates*, No. 2:25-cv-05723-JMW (E.D. NY)

Dear Judge Wicks:

The parties hereby submit the following status report:

On April 10, 2026, the parties held the arbitration hearing in the above-referenced matter, with Arbitrator, Nydia Shahjahan, and are awaiting her decision.

Respectfully,

s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.

s/ Brendan H. Little w-permission
Brendan H. Little
Lippes Mathias, LLP

Cc:   Brian L. Bromberg
      Bromberg Law Office, PC

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900  Fax 708.974.2907
www.philippslegal.com